UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT CARROLL BOLTON,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, WASHINGTON STATE, WASHINGTON CORRECTION CENTER,

    Defendants.

CASE NO. C12-5677 RJB/KLS

ORDER DENYING MOTION TO CONSOLIDATE

Before the Court is Plaintiff's Motion to Consolidate. ECF No. 7. Plaintiff asks the Court to consolidate this case with Case No. C12-5658 BHS/KLS. *Id.* The undersigned has recommended that Plaintiff's complaint in Case No. C12-5658 be dismissed for failure to state a claim. See ECF No. 12 therein. In this case, Plaintiff has been ordered to show cause why his complaint should not be dismissed for failure to state a claim. ECF No. 6. He has not done so and his deadline has passed. Under separate Report and Recommendation, the undersigned is recommending that the complaint in this case be dismissed. There are no grounds warranting consolidation of the two cases.

It is, therefore, **ORDERED:**

(1) Plaintiff's motion to consolidate (ECF No. 7) is **DENIED.**

ORDER DENYING MOTION TO CONSOLIDATE- 1

1  (2)  The Clerk shall send a copy of this Order to Plaintiff.

2

3  **DATED** this 18th day of October, 2012.

4

5  
Karen L. Strombom
6  United States Magistrate Judge

ORDER DENYING MOTION TO
CONSOLIDATE- 2